

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-16-00413-CV

**IN THE INTEREST OF D.D. AND D.D., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01025
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's termination order. The State's brief was due August 23, 2016. The State has filed a motion to extend time to file its brief, asking for an additional twenty days. After review, we **GRANT** the State's motion and **ORDER** the State to file its brief in this court on or before September 12, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2016.

Keith E. Hottle
Clerk of Court